```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
  M.J. WILLIAMS,                                             :
                                                             :
                              Plaintiff,                     :
                                                             :
              -v-                                            :    17-cv-1873 (KBF)
                                                             :
  THE CITY OF NEW YORK, a municipal entity,                  :         ORDER
  NYPD INSPECTOR DAVID EHRENBERG,                            :
  and NYPD OFFICERS "JOHN DOES 1-10,"                        :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 17, 2017
```

KATHERINE B. FORREST, District Judge:

It is hereby ORDERED that:

1. Lead counsel for all parties shall appear for an initial pretrial conference ("IPTC") on **Friday, May 5, 2017, at 3:00 p.m.** All counsel in receipt of this order shall notify all other parties (or, if known, their attorneys) of the IPTC by serving each of them with a copy of this order and with a copy of the Court's Individual Practices in Civil Cases. Counsel shall file proof of such service with the Court.

2. At least **four business days prior** to the IPTC, the parties shall jointly submit a proposed schedule in accordance with the form available at http://www.nysd.uscourts.gov/judge/Forrest.

3. Requests for adjournments shall be submitted at least **two business days prior** to the IPTC.

4. Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC.

SO ORDERED.

Dated:    New York, New York
          March 17, 2017

_____
KATHERINE B. FORREST
United States District Judge