IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

M.J. WILLIAMS

                          Plaintiffs,

- against -

THE CITY OF NEW YORK

                          Defendants.

------------------------------------------------------------------X

INDEX NO. 17CV01873(KBF)
ECF CASE

Affidavit of Service

Wylie Stecklow being duly sworn, deposes and says:

1. I am not a party to the action, I am over eighteen years of age, and I reside in New York, N.Y.

2. On FRIDAY April 28 2017, at approximately 12:45 PM, I served a true copy of the summons and complaint in this action upon retired MOS DAVID EHRENBERG by delivering the same to the New York City Police Department Legal Department with permission and consent of the this defendant:

        NYPD
        1 Police Plaza, 14th Floor
        New York, NY 10007

and by leaving the same with Laura Holt, an attorney with The City of New York Law Department, a female, approximately 40 years of age, who was a person of suitable age and discretion.

A. [ ]    In addition, I also served a 160.50 authorization
B. [ ]    In addition, I also served 9 HIPAA authorizations.

                                                             Wylie Stecklow

Sworn to before me this 1st
Day of May 2017

_____
Notary Public

CATHERINE E. ANDERSON
Notary Public, State of New York
No. 02AN5079715
Qualified in New York County
Commission Expires 06/09/19