

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Susan P. Scharfstein**
*Special Federal Litigation Division*
*(212) 356-2355*
*Facsimile: (212) 356-3509*
*sscharfs@law.nyc.gov*

June 9, 2017

Honorable Katherine B. Forrest *(by ECF)*
United Stated District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>M.J. Williams v. City of New York, et al.</u>, 17 CV 01873 (KBF)

Dear Judge Forrest:

I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, counsel for defendants City of New York and David Ehrenberg in the above-referenced action alleging violations of plaintiff's civil rights. I write with reference to the Court's April 12, 2017 Order directing defendants to inform the Court whether they have taken a "no pay" position in this matter.

After carefully considering the available information concerning the facts and circumstances of this matter in consultation with representatives of the multiple City agencies involved in determining the City's settlement position, defendants wish to advise the Court that they cannot offer on this case at this time.

Defendants thank the Court for its consideration of the above.

Respectfully submitted,

/s/

Susan P. Scharfstein

cc: All Counsel *(by ECF)*