```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
M.J. WILLIAMS,                                               :
                                                             :
                              Plaintiff,                     :
                                                             :
              -v-                                            :      17-cv-1873 (KBF)
                                                             :
THE CITY OF NEW YORK, a municipal entity,                    :         ORDER
NYPD INSPECTOR DAVID EHRENBERG,                              :
and NYPD OFFICERS "JOHN DOES 1-10,"                          :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 12, 2017

KATHERINE B. FORREST, District Judge:

On June 9, 2017, defendants informed the Court that they "cannot offer on this case at this time." (ECF No. 17.) In light of defendants' no-pay position, the Court hereby removes this matter from the Local Civil Rule 83.10 plan.

The Court will hold an initial pretrial conference in this action on **Wednesday, June 28, 2017, at 9:30 a.m.** At least **four business days prior** to the IPTC, the parties shall jointly submit a proposed schedule in accordance with the form available at http://www.nysd.uscourts.gov/judge/Forrest.

Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC.

SO ORDERED.

Dated:   New York, New York
         June 12, 2017

                                  _____
                                  KATHERINE B. FORREST
                                  United States District Judge