Case 1:17-cv-01873-KBF   Document 22   File

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 27, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
MJ WILLIAMS                                                   :
                                                              :
                              Plaintiff(s),                   :
                                                              :        17 Civ. 1873 (KBF)
         -v-                                                  :
THE CITY OF NEW YORK, ET AL.                                  :        SCHEDULING ORDER
                                                              :
                              Defendant(s).                   :
------------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1. All parties [**do** ☐ / **do not** ✓] consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2. Amended pleadings may not be filed, and no party may be joined, without leave of Court more than 10 days after the filing of this Order or the filing of a responsive pleading, whichever occurs first.

3. Close of fact discovery: ~~12/20/2017~~ 3/30/18. **[within 6 months unless the case is particularly complex]**

4. Close of expert discovery: ~~1/31/2018~~ 4/30/18. **[25 days after the close of fact discovery for all but the most complex cases; for particularly complex cases, 60 days after the close of fact discovery; the parties are to negotiate interim dates regarding expert witnesses]**

   *Experts w/in 60 days from 7/27/17, parties to agree on expert disclosure schedule.*

   The parties contemplate experts in this matter for the following subject(s):
   Medical Injuries, police practices.

5. **[For F.L.S.A. actions only]** Plaintiff(s) [**do** ☐ / **do not** ☐] anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b). Plaintiff(s) shall include a proposed notice with the opening brief.

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

Section 216(b) proposed briefing schedule:
    Opening: _____ [30 days after initial conference]
    Opp'n: _____ [21 days after opening brief]
    Reply: _____ [7 days after opposition brief]

6. Motions may be brought at any time. The last opportunity to file any motion (other than <u>in limine</u> and <u>Daubert</u> motions) are set forth below.

    Proposed briefing schedule:

[handwritten in left margin: 4/15/18, 5/15/18, 5/30/18]

    Opening: ~~January 21, 2018~~ [no later than 14 days following item 3]
    Opp'n: ~~February 11, 2018~~ [generally 21 days after opening brief]
    Reply: ~~February 8, 2018~~ [generally 7 days after opposition brief]

7. Trial [will [✓] / will not [ ]] be before a jury.[2]

**DO NOT FILL IN BELOW. THE COURT WILL SET ITEMS 8-11.**

8. The next status conference is set for ~~[illegible]~~ 10/20/17 at 11am. (telephonic)

9. Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due: _____.

10. The Final Pretrial Conference ("FPTC") is set for _____ at _____.

Motions in limine are due <u>two weeks</u> before FPTC; oppositions are due one week later. <u>Daubert</u> motions are due <u>four weeks</u> before FPTC; oppositions are due two weeks later. (No replies.)[3]

11. Trial in this matter shall commence on 7/23/18. Trial is anticipated to take _____ [days / weeks].

**Settlement discussions must occur in parallel to this schedule (schedule will not be adjourned, except in very unusual situations, for settlement discussions).**

SO ORDERED.
Dated: New York, New York
   7/27, 2017

                                         /s/ KBF
                                 KATHERINE B. FORREST
                                 United States District Judge

---

[2] Checking this box does not constitute a formal jury demand under Fed. R. Civ. P. 38(b). It serves a purely administrative function.

[3] Deadlines for motions in limine and <u>Daubert</u> motions are generalized and subject to change. The parties may request to modify the schedule if desired.