IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

M.J. WILLIAMS,

          PLAINTIFF,

vs.

THE CITY OF NEW YORK, a municipal entity,
NYPD INSPECTOR DAVID EHRENBERG, NYPD
OFFICER FRANK ESSIG, and NYPD OFFICERS
"JOHN DOES" 1-8,

          DEFENDANTS.

INDEX NO. 2017-cv-1873 (KBF)
ECF CASE

**Affidavit of Service**

---

Matthew Hopard, being duly sworn, deposes and says:

1. I am not a party to this action, I am over eighteen years of age, and I reside in New York, New York.

2. On Wednesday, August 2, 2017, at approximately 3:35 p.m., I served a true copy of the summons and First Amended Complaint in this action on NYPD OFFICER FRANK ESSIG by delivering the same to:

> New York City Police Department
> Citywide Traffic Taskforce
> 138 30th Street
> New York, New York 10001

and by leaving the same with Sergeant Miller, a MOS of the New York City Police Department, a male, approximately 40 years of age, who was a person of suitable age and discretion.

                                                                                Matthew Hopard

Sworn to before me on this 24th
day of August, 2017

_____
Notary Public

          DAVID ALLEN THOMPSON
      NOTARY PUBLIC-STATE OF NEW YORK
             No. 02TH6208118
         Qualified in New York County
      My Commission Expires June 22, 20__