# SAMUEL B. COHEN

WWW.SAMCOHENLAW.COM

_____

### ATTORNEY & COUNSELOR AT LAW

1370 BROADWAY FLOOR 5
NEW YORK, NY 10003
T/F (212) 537-5919
SAM@SAMCOHENLAW.COM

May 16, 2018

**VIA ECF**
Hon. Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    _Williams v. City of New York, et al._ – 17cv1873 (KBF)(KNF)
              Notice of Settlement In Principle

Dear Honorable Judge Forrest:

      Please recall that I represent Plaintiff M.J. Williams in pre-trial matters in this case. I am pleased to write today on behalf of all parties to inform the Court that a settlement in principle has been reached following the parties' settlement conference before Hon. J. Fox. Accordingly, we respectfully request that any scheduled appearances herein, including but not limited to the Court-ordered non-party deposition of David Ragland set to be taken in Your Honor's courtroom on Thursday, May 17, 2018 be adjourned _sine die_, pending finalization and execution of settlement paperwork by the parties.

      We thank the Court for its consideration. If Your Honor requires any additional materials or information with respect to the instant submission or any other matter, please do not hesitate to have your clerks contact us.

                                      Respectfully Submitted,

                                      ~//s//~

                                      Samuel B. Cohen, Esq.

cc: via ECF
Susan Scharfstein, Esq.